IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROADWAY PINE BRANDS LLC, | Civil Action No. |
| Plaintiff, | 21-cv-406 |
| v. | (Judge Ranjan) |
| SHIRO HOUSE, *et al.*, | |
| Defendants. | |

## SECOND NOTICE OF SUPPLEMENTAL AUTHORITY

     Yesterday, Judge Kness of the Northern District of Illinois issued a Memorandum Opinion and Order in *NBA Properties, Inc. v. The Partnerships and Unincorporated Associations Identified in Schedule "A,"* a copy of which is attached as Exhibit A.  This is yet another case adding to the substantial majority of courts holding that a defendant offering allegedly infringing products on a third-party platform (Amazon) that facilitates transactions throughout the entire United States is subject to personal jurisdiction where those products are offered and sold.  *NBA Properties* at 4–8.  And like the other cases, Judge Kness found no legal support for the defendant's argument that a sale to the plaintiff is an improper basis for personal jurisdiction.  *Id.* at 7.  Finally, Judge Kness joined the other courts holding that service of process by email is proper under Fed. R. Civ. P. 4(f) because the Hague Convention does not prohibit service by email and because "email was a more reliable method of service in this case because Defendant's email address was verified by the sale platform while their physical addresses were not."  *Id*. at 11.

Dated: July 16, 2021

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Respectfully submitted,

/s/ Stanley D. Ference III
    Stanley D. Ference III
    Pa. ID No. 59899
    courts@ferencelaw.com

    Brian Samuel Malkin
    Pa. ID No. 70448
    bmalkin@ferencelaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document is being electronically filed with the Clerk of Court using CM/ECF, which will serve copies on all counsel of record.  I also certify that a true copy of the foregoing is being served via email to the e-mail addresses at which Defendants were served or via publication by posting a true and correct copy on the publication website in accordance with the Order Authorizing Alternate Service, as amended.

      I also certify that a true and correct copy of the foregoing document is being served upon the following by email:

| Defendant | Amazon Reported email | Defendant Reported email |
|---|---|---|
| Fthome | lihongtmwl@sina.com | 2162928642@qq.com |
| Aseibuiel | zhang889huan@outlook.com | lihanaokey@foxmail.com |
| Marridon | XLiKejiadddJJJ@aliyun.com | chenhuac@yeah.net |
| HGS76DH | hgs76dh@163.com | chenshuima@163.com |
| TINI-STORE | mjingyuandnfb@126.com | minghao199506@126.com |

and a courtesy copy is being served on counsel for these defendants (Jesun) by email at iplawyer01@foxmail.com.

Dated:  July 16, 2021

                                              /s/ Stanley D. Ference III
                                              Stanley D. Ference III